No. 93–883. INTERSTATE COMMERCE COMMISSION ET AL. *v.* OVERLAND EXPRESS, INC. C. A. D. C. Cir. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Security Services, Inc.* v. *Kmart Corp., ante,* p. 431. JUSTICE GINSBURG took no part in the consideration or decision of this case.

No. 93–1129. COTTER & CO. *v.* BRIZENDINE. C. A. 7th Cir. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Security Services, Inc.* v. *Kmart Corp., ante,* p. 431.

No. 93–1563. NORTHBROOK PROPERTY & CASUALTY INSURANCE CO. *v.* EDWARDS ET AL. C. A. 5th Cir. Motion of Northbrook Property Insurance Co. for leave to intervene denied. Motion of Northbrook Property Insurance Co. for leave to file a brief as *amicus curiae* in No. 93–1504, *Celotex Corp.* v. *Edwards et ux.* [certiorari granted, *infra,* p. 1105], granted. Certiorari dismissed.

No. D–1336. IN RE DISBARMENT OF PRICE. Disbarment entered. [For earlier order herein, see 510 U. S. 1022.]

No. D–1349. IN RE DISBARMENT OF COOPER. Disbarment entered. [For earlier order herein, see 510 U. S. 1036.]

No. D–1359. IN RE DISBARMENT OF STEINHORN. Disbarment entered. [For earlier order herein, see 510 U. S. 1104.]

No. D–1360. IN RE DISBARMENT OF PROVDA. Disbarment entered. [For earlier order herein, see 510 U. S. 1105.]

No. D–1364. IN RE DISBARMENT OF HERRING. Disbarment entered. [For earlier order herein, see 510 U. S. 1105.]

No. D–1366. IN RE DISBARMENT OF STEVENS. Disbarment entered. [For earlier order herein, see 510 U. S. 1105.]

No. D–1372. IN RE DISBARMENT OF SMITH. Disbarment entered. [For earlier order herein, see 510 U. S. 1188.]